Lamberson Japanning Company, appellee, v. Hedman Manufacturing Company, appellant. Gen. No. 25,698.

Action to recover profits lost by breach of contract. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the

Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed December 31, 1920.

Benson & Fitch, for appellant; John B. Heinemann, of counsel. James Nicholas Lorenz, for appellee; R. C. Martin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.